IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDSTONE PRINT & MAIL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRESORT CENTER OF FRESNO, LLC, et al<br>    Defendants. | 2:18-cv-147 JAM CKD<br><br>O R D E R |

Each of the parties in the above-captioned case has within their Joint Case Management Statement [10] "Consented to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that

the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable Carolyn K. Delaney, Magistrate Judge. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:18-cv-147 CKD.

Dated: May 23, 2018

/s/John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: May 24, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE