David S. Barrett (SB# 209986)
Law Office of David S. Barrett
615 10th Street
Sacramento, CA 95811
Telephone:   916-440-0233
Facsimile:   916-440-0237
david@dsblawoffice.com

Attorneys for Plaintiff
REDSTONE PRINT & MAIL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDSTONE PRINT & MAIL, INC., a California corporation;<br><br>Plaintiffs;<br><br>v.<br><br>THE PRESORT CENTER OF FRESNO, LLC, a Delaware limited liability company; BEEKOZ DIRECT MARKETING, INC., a Delaware corporation; RICHARD SENITTE, an individual; SANJESHNI NAIDUAN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.  2:18-cv-00147 CKD<br><br>**STIPULATED JUDGMENT FOR DAMAGES AND PERMANENT INJUNCTION** |

Plaintiff REDSTONE PRINT & MAIL, INC. ("RPM" and "Plaintiff") filed this action alleging that Defendants unlawfully accessed RPM's computer system for the purpose of taking confidential and trade secret information in violation of 18 U.S.C. 1030 and other various federal and state law claims. The parties to this action have stipulated to settlement of this action without adjudication of any issue of fact or law.

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## **FINDINGS**

1. This Court has jurisdiction over the claims brought by plaintiff under 18 U.S.C. § 1030, 18 U.S.C. § 2701 and other supplemental state law claims. This Court has jurisdiction over the parties.

2. Defendants are residents or otherwise do business in the Eastern District of California, therefore venue in the United States District Court for the Eastern District of California is proper.

3. The Complaint herein states claims against defendant upon which relief can be granted.

4. Defendants have engaged in actions complained of in Plaintiff's Complaint herein within the state of California and this federal district.

5. Defendants have entered into a Stipulation for Entry of a Stipulated Judgment and Permanent Injunction (hereafter "Stipulation") freely and without coercion.

## **ORDER**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Judgment is hereby entered in favor Plaintiff and against Defendants on all causes of action of the Complaint.
3. Plaintiff has been damaged in an amount of $5,000 through the acts of Defendants,

and Defendants are jointly and severally liable to RPM for the payment of $5,000 in damages.

4. Defendants, their officers, agents, servants and employees, and those persons in active concert or participation with the foregoing are hereby PERMANENTLY ENJOINED AND RESTRAINED as follows:

    a. Defendants and their agents shall destroy, if they has not done so already, irretrievably any copies, both hard copy and electronic (1) all materials it downloaded from RPM's computer system in January 2018, (2) all RPM customer information in their possession obtained from RPM's computer system and/or Defendant Sanjeshni Naiduan, and (3) all RPM customer information contained on electronic storage devices including mobile telephones.

    b. Defendants shall not attempt to access, both directly and indirectly, RPM's computer system accessible from the Internet without the express written consent of RPM.

    c. Defendants shall not contact RPM customers Idea Engine Marketing and Overflow Works.

    d. Assisting, aiding or abetting any other person or business entity in engaging or performing the activities described in section 4(b) and (c).

5. This Court retains jurisdiction to enforce the terms of this Order and resulting Stipulated Judgment and the Settlement Agreement between the parties.

6. The Clerk shall enter Judgment and close this case.

Dated: August 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE